Certificate Number: 17082-CAE-DE-023668905

Bankruptcy Case Number: 14-12507



17082-CAE-DE-023668905

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2014, at 10:08 o'clock PM MST, GUADALUPE GARZA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:   June 23, 2014              By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director